1   STEVE W. BERMAN
GEORGE W. SAMPSON
2   TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
3   1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
4   Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
5   steve@hbsslaw.com
george@hbsslaw.com
6   tyler@hbsslaw.com

7   JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
8   1629 K St. NW, Suite 300
Washington, D.C.  20006
9   Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455
10  jenniferc@hbsslaw.com

11  *Attorneys for Plaintiffs*

12          UNITED STATES DISTRICT COURT
13          CENTRAL DISTRICT OF CALIFORNIA
14               WESTERN DIVISION

CV 06-4980 SVW

| | |
|---|---|
| 15  IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| 17 | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** & ORDER |
| 18  This document relates to all actions. | Hearing:    None |
| 19 | Time:       None |
| 20 | Courtroom: 6 |
| 21 | Judge:      Hon. Stephen V. Wilson |
| | Trial Date: None |

22

23

24          IT IS SO ORDERED
25          Dated   JUN 2 2 2012
26          _____
            United States District Judge
27          STEPHEN V. WILSON
28

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3    WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10    (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12    (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14    (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16    (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18    (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20    (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22    (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24    (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26    (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

1      (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3      (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5      (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7      (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9      (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11      (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13      (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15      (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17      (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19      (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21      (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23      (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25      (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

1

2    Dated:  May 22, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

3

4                                            By: /s/ Jennifer F. Connolly
                                                 Jennifer F. Connolly
5                                            1629 K St. NW, Suite 300
                                             Washington, D.C.  20006
6                                            Tel.:  (202) 355-6435
                                             Fax:  (202) 355-6455
7                                            E-mail:  JenniferC@hbsslaw.com

8                                            Elaine T. Byszewski
                                             Lee M. Gordon
9                                            HAGENS BERMA SOBOL SHAPIRO LLP
                                             700 South Flower Street, Suite 2940
10                                           Los Angeles, CA  90017
                                             Tel.: (213) 330-7150
11                                           Fax: (213) 330-7150
                                             E-mail:  Lee@hbsslaw.com
12                                                     Elaine@hbsslaw.com

13                                           Steve W. Berman
                                             George Sampson
14                                           Tyler Weaver
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
15                                           1918 Eighth Ave., Suite 3300
                                             Seattle, WA  98101
16                                           Tel.: (206) 623-7292
                                             Fax.: (206) 623-0594
17                                           Email:  steve@hbsslaw.com
                                                     george@hbsslaw.com
18                                                   tyler@hbsslaw.com

19                                           Kenneth A. Wexler
                                             Mark R. Miller
20                                           WEXLER WALLACE LLP
                                             55 W. Monroe, Suite 3300
21                                           Chicago, IL  60603
                                             Tel.:  (312) 346-2222
22                                           Fax:  (312) 346-0022
                                             E-mail: kaw@wexlerwallace.com
23                                                   mrm@wexlerwallace.com

24

25

26

27

28

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY  10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail:  lee@sfclasslaw.com

***Co-Lead Counsel and Executive Committee
Members***

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF &
WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA  19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail:  nick@chimicles.com
                  kimdonaldson@chimicles.com

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail:  lharke@harkeclasby.com

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

***Executive Committee Members***

1  Dated:  May 22, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  ___/s/ Jonathan M. Jacobson_____
     Jonathan M. Jacobson
     1301 Avenue of the Americas
     40th Floor
     New York, NY  10019
     Telephone:  (212) 999-5800
     Facsimile:  (212) 999-5899

     Colleen Bal
     Wilson Sonsini Goodrich & Rosati PC
     650 Page Mill Road
     Palo Alto, CA 94304
     Telephone:  (650) 493-9300
     Facsimile:  (650) 493-8111

     MINTZ LEVIN COHN FERRIS GLOVSKY
     AND POPEO, P.C
     Harvey I. Saferstein
     2029 Century Park East, Suite 1370
     Los Angeles, California 90067
     Telephone:  (310) 586-3200

     ***Attorneys for Defendants***